✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

Date

Signature

Print Name                                                                 Bar Number

Address

City                         State                         Zip Code

Phone Number                                                              Fax Number

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Evaristo Lozano-Gutierrez

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,        )    Case No. 08MJ1817
                                      )
12 |            Plaintiff,            )
                                      )
13 | v.                               )    **CERTIFICATE OF SERVICE**
                                      )
14 | EVARISTO LOZANO-GUTIERREZ,       )
                                      )
15 |            Defendant.            )
   |_____)

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov

20                                    Respectfully submitted,

22 DATED:      June 23, 2008           /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Evaristo Lozano-Gutierrez